FILED by _WS_ D.C.

DEC 06 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22863-CV-Seitz/O'Sullivan

| | |
|---|---|
| MELISSA PHILIPIAN, ET AL. : | |
| Plaintiffs, : | |
| : | **AFFIDAVIT** |
| v. : | **SUPPORTING** |
| : | **DEFAULT** |
| DWAYNE CARTER, AKA LiL' WAYNE, ET AL. : | **AGAINST** |
| : | **DEFENDANT** |
| Defendants. : | **DWAYNE** |
| : | **CARTER** |

In Support of DEFAULT against Defendant Dwayne Carter, the undersigned will rely on the following statements:

I, MELISSA PHILIPIAN, being of full age, and duly **sworn under oath subject to the penalty of perjury**, does say that:

1. I am the Plaintiff in the above captioned action.

2. Dwayne Carter is a defendant in the above captioned action who was personally served with a filed copy of the Summons and Complaint in this action by hand delivering the same to him on October 27, 2010.

3. I have already filed the proof of service of the Summons and Complaint upon Defendant Carter with this Court.

4. Upon receiving a copy of the filed Complaint, Defendant Carter was required to file an answer with this Court within 21 days of the date of service which ended on November 18, 2010. Failure to file an answer or otherwise appear in this action subjected Defendant Carter to have a Default entered against him by the Clerk pursuant to the Federal Rules of Civil Procedures 55(a).

5. Thirty three (33) days have passed since the filed copy of the Summons and Complaint has been filed upon Defendant Carter. However, Defendant Carter has failed to file an Answer to the Complaint or otherwise appear in this action. In other words, Defendant Carter "has failed to plead or otherwise defend" as required by the Rules of this Court.

6. Accordingly, I, Melissa Philipian, the Plaintiff in this action requests that a Default be entered against Defendant Carter on all claims in this action pursuant to the Rules of this Court.

7. **I swear under oath subject to the penalty of perjury** that all the foregoing statements are made by me and are true as to my knowledge, except as to matters herein stated to be alleged as to persons other than myself, and as to those matters, I believe to be true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
Melissa Philipian/Plaintiff Pro Se

| | |
|---|---|
| UNITED STATES DISTRICT COURT ) | |
| : | ACKNOWLEDGEMENT |
| SOUTHERN DISTRICT OF FLORIDA ) | |

PERSONALLY appeared before me **Melissa Philipian**, the undersigned notary public, **Melissa Philipian**, who upon oath acknowledged that she signed the within AFFIDVIT, this 29th day of Nov, 2010.

_____
Notary Public for
My Commission Expires:

Stacy Helzer
Notary Public of Michigan
Oakland County
Expires 02/03/2012
Acting in the County of Oakland

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Duayne Carter, NYSID # 026175 *Ral*

was received by me on *(date)* 10/27/10

☒ I personally served the summons on the individual at *(place)* Rikers Island, 15-00 Hazen St. East Elmhurst, N.Y. 11370 on *(date)* 10/27/10 ; or @ 1425 Hrs.

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ NONE for travel and $ NONE for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/27/10

*Michelle Hallett*
Server's signature

Michelle Hallett, Captain #1475
Printed name and title

Rikers Island, 15100 Hazen St. East Elmhurst, NY 11370
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

*melissa Philipian, at all*
Plaintiff

v.

*Dwayne Carter, at all*
Defendant

Civil Action No. 10-22863-CV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dwayne Carter #34910 03868
Rikers legal Dept. Carolyn Hendrix
75-20 Astoria blvd
East Elmhurst, NY 11370

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

melissa Philipian
5255 DuckLake Rd
Highland MI 48356

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct. 20, 2010



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Vernice Thomas
Deputy Clerk
U.S. District Courts

Case 1:10-cv-22863   Document 1-1   Entered on FLSD Docket 08/06/2010   Page 1 of 1

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

10-22863-CV-Seitz/O'Sullivan

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**: Melissa Philipian, et al.

**DEFENDANTS**: Wayne Cartzl, et al

**(b)** County of Residence of First Listed Plaintiff: LA County, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Queens County, NYC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number): Pro Se

Attorneys (If Known):

FILED by RGS D.C.
AUG 06 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. — MIAMI

**(d)** Check County Where Action Arose: ☒ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | 4 | |
| Citizen of Another State ✓ | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☒ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Re-filed (see VI below)
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):

a) Re-filed Case? ☐ YES ☒ NO    b) Related Cases ☒ YES ☐ NO

JUDGE: _____    DOCKET NUMBER: 06-20873

**VII. CAUSE OF ACTION**: Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT**: ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD: _____ Pro Se    DATE: _____

FOR OFFICE USE ONLY
AMOUNT _____    RECEIPT # _____    IFP _____

FILED by RGS D.C.

AUG 06 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

10-22863-CV-Seitz/O'Sullivan

MELISSA PHILIPIAN,
WHITE TIDES ENTERTAINMENT GROUP, INC.

Plaintiffs,

v.

DWAYNE CARTER, AKA LiL' WAYNE,
CORTEZ BRYANT,
MICHAEL STEVENSON AKA TYGA,
JERMAINE PREYAN AKA MACK MAINE,
SYLVIA RHONE,
VICKI CHARLES,
KATINA BYNUM,
KIRA DANIELS,
ERIK PETTIE,
BRIAN WILLIAMS AKA BABY,
RONALD WILLIAMS AKA SLIM,
HORACE MADISON,
ERSKINE ISAAC,
DAVID NELSON,
MUSTAFA HOOTEN,
SHARLENE CLARK,
JOSEPH PORTER,
RON SWEENEY,
YOUNG MONEY ENTERTAINMENT,
YOUNG MONEY TOURING,
BRYANT MANAGEMENT,
TYGA MUSIC, LLC,
UNIVERSAL MUSIC GROUP,
UNIVERSAL RECORDS,
CASH MONEY RECORDS,
MADISON SMALLWOOD FINANCIAL GROUP,
UJAAMA TALENT AGENCY,
JOHN DOE(S),

1